# Federal Defenders
## OF NEW YORK, INC.

81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

Southern District

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 8, 2022

**MEMO ENDORSED**

The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/2022

Re:   **United States v. Rainiel Del Rosario Rojas**
      **22 CR 278 (NSR)**

Dear Honorable Román:

I am writing in relation to Mr. Rosario Rojas's sentencing, which is currently scheduled for September 22, 2022, at 11:00am. Pursuant to Your Honor's Individual Rules of Practice, my sentencing submission is due today. I am writing to ask for a one-day extension, which would render my sentencing submission due on September 9, 2022. I have spoken to AUSA Steven Kochevar, and he does not object to this request.

Thank you for your consideration.

Sincerely,

//s

Benjamin Gold
Assistant Federal Defender

cc:   AUSA Steven Kochevar

Defendant's request for a one-day extension on his sentencing submission is GRANTED. Defendant is directed to submit the sentencing submission by September 9, 2022.

The Clerk of the court is kindly directed to terminate the motion number ast ECF No. 39.

Dated: September 8, 2022
White Plains, NY

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE