United States District Court
Southern District of New York
-------------------------------------------------

United States of America,

                -against-                                 **ORDER**

                                                  22 Cr 278 (NSR)

Rainiel Del Rosario Rojas.

                        Defendant.

-------------------------------------------------

NELSON S. ROMÁN, U.S.D.J.:

    Upon motion by the defendant, and pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure, the bond executed on behalf of Rainiel Del Rosario Rojas is deemed ordered exonerated and any posted bail should be released and returned. Additionally, it hereby ordered that Rainiel Del Rosario Rojas's passport, which had previously been provided to Pretrial Services as a condition of bail, shall be returned to Mr. Rosario Rojas.

SO ORDERED.

Dated: September 22, 2022
        White Plains, New York

                                              The Honorable Nelson S. Román
                                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/2022